JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CARLOS GALINDO FLORES,

      Petitioner,

    v.

WARDEN,

      Respondent.

No. CV 24-5821-DOC(E)

JUDGMENT

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 17, 2024

_____

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE